# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                          **INDICTMENT**

**DARRION K. FINLEY**                                     3:25cr124-TKW

_____/

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about December 17, 2024, in the Northern District of Florida, the

defendant,

## DARRION K. FINLEY,

knowing he had previously been convicted of a crime punishable by imprisonment

for a term exceeding one year, knowingly possessed a firearm and ammunition in

and affecting interstate and foreign commerce, that is:

1.    On or about June 28, 2022, **DARRION K. FINLEY** was convicted in

the State of Florida of Possession of Firearm, Ammunition or Electronic Weapon

by Convicted Delinquent Under 24 Years of Age and Carrying a Concealed

Firearm.

Returned in open court pursuant to Rule of

7/15/25

Date

SB

United States Magistrate Judge

FILED USDC FLND PN
JUL 15 '25 PM1:11

2.    For these crimes, **DARRION K. FINLEY** was subject to punishment by a term of imprisonment exceeding one year.

3.    Thereafter, **DARRION K. FINLEY** did knowingly possess a firearm, to wit, a Glock 9 millimeter pistol, and Hornady and Sig 9 millimeter ammunition.

4.    This firearm and ammunition had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWO

On or about December 17, 2024, in the Northern District of Florida, the defendant,

## DARRION K. FINLEY,

did attempt to kill by using and attempting to use physical force against another person, that is, Escambia County Deputy Sheriff A, with the intent to prevent his communication of information relating to the commission of a federal offense, specifically, Possession of a Firearm and Ammunition by a Convicted Felon, as set forth more fully in Count One of this Indictment, to a law enforcement officer and judge of the United States.

In violation of Title 18, United States Code, Sections 1512(a)(1)(C) and 1512(a)(3)(B).

## COUNT THREE

On or about December 17, 2024, in the Northern District of Florida, the defendant,

## DARRION K. FINLEY,

did knowingly discharge, use, and carry a firearm, that is, a Glock 9 millimeter pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, preventing communication of information by attempting to kill Escambia County Deputy Sheriff A, as charged in Count Two of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## FIREARM FORFEITURE

The allegations contained in Counts One and Three of this Indictment are hereby realleged and incorporated by reference.  Because the defendant,

## DARRION K. FINLEY,

in committing and attempting to commit a felony in violation of the laws of the United States, as charged in Counts One and Three of this Indictment, perpetrated in whole or in part by the use of a firearm and ammunition, did knowingly possess the firearm and ammunition described above, any and all interest that this defendant has in the firearm and ammunition involved in these violations is vested

in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 3665.

A TRUE BILL:

FOREPERSON

7/15/25

DATE

JOHN P. HEEKIN
United States Attorney

DAVID L. GOLDBERG
Assistant United States Attorney

JESSICA S. ETHERTON
Assistant United States Attorney